Ayelet Faerman, Esq.
Faerman Law P.A.
3859 NW 124 Ave
Coral Springs, FL 33065
954-271-8484
ayelet@faerman.law
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| GREENFLIGHT VENTURE CORPORATION, *and* JEFFREY D. ISAACS, MD<br><br>        Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC<br><br>        Defendant. | Case No. **24-cv-80395-KMM**<br><br>**NOTICE OF APPEAL** |

## PLAINTIFFS JOINT NOTICE OF APPEAL

Notice is hereby given that Plaintiffs GREENFLIGHT VENTURE CORPORATION and

JEFFREY D. ISAACS, MD (collectively, "Plaintiffs"), appeal to the United States Court of

Appeals for the Eleventh Circuit from:

1. The Court's order of dismissal entered on February 2, 2025 (DE 65) and February 14, 2025
Final Order dismissing Dr Jeffrey Isaacs.(DE 69)

2. The Order entered on December 22, 2025 (DE 78) denying the Motion to Alter

  Judgment (DE 71) and denying the Motion to Adopt/Join (DE 74).

Dated: January 19, 2026

Respectfully submitted,

/s/ Keith Mathews
Keith Mathews
Pro Hac Vice
NH Bar No. 20997
American Wealth Protection
Manchester, NH 03105
603-622-8100
keith@awplegal.com

/s/ Ayelet Faerman
Ayelet Faerman, Esq.
Faerman Law P.A.
3859 NW 124 Ave
Coral Springs, FL 33065
954-271-8484
ayelet@faerman.law

Dr. Jeffrey D. Isaacs
Pro Se Plaintiff
11482 Key Deer Circle
Wellington, FL 33449
jeffreydi@gmail.com
212-257-0737

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Joint Notice of Appeal has been served on this 19th day of January, 2026, to all parties of record, including GOOGLE LLC counsel of record, via electronic mail as per the Federal Rules of Civil Procedure and Local Court Rules.

/s/ Ayelet Faerman
Ayelet Faerman, Esq.
Faerman Law P.A.
3859 NW 124 Ave
Coral Springs, FL 33065
954-271-8484
ayelet@faerman.law