# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 06, 2026

Sujey S. Herrera
Reed Smith, LLP
200 S BISCAYNE BLVD STE 2600
MIAMI, FL 33131

Appeal Number:  26-10369-CC
Case Style:  Greenflight Venture Corporation, et al v. Google LLC
District Court Docket No:  9:24-cv-80395-KMM

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

We have received your Appearance of Counsel Form. According to our records, you are not a member of the Eleventh Circuit bar. Unless an attorney is appearing on behalf of the United States, a federal public defender, appointed by a federal court under the Criminal Justice Act, or otherwise appointed by this Court, 11th Cir. R. 46-1 requires admission to the Eleventh Circuit bar as a condition to practice before the Court. In the alternative, a non-appointed attorney representing a client on a pro bono basis may be eligible to apply to appear pro hac vice in a particular proceeding. See 11th Cir. R. 46-4.

In order to participate in this appeal, you must complete and submit an application for admission to the bar or application to appear pro hac vice within 21 days from the date of this letter. Application forms are available at www.ca11.uscourts.gov/attorney-forms-and-information. If your application is not received within 21 days, any motions or other papers that have been conditionally filed in the appeal may be clerically stricken and treated as though they were never filed.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

ATTY-1 Appearance form bar admission