# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 03, 2026

Ayelet Faerman
Faerman Law P.A.
3859 NW 124 AVE
CORAL SPRINGS, FL 33065

Keith A. Mathews
American Wealth Protection PLLC
100 ELM ST STE 800
MANCHESTER, NH 03102

Appeal Number:  26-10369-CC
Case Style:  Greenflight Venture Corporation, et al v. Google LLC
District Court Docket No:  9:24-cv-80395-KMM

## DISMISSAL NOTICE

Pursuant to 11th Cir. R. 42-1(b), **this appeal will be dismissed without further notice upon the expiration of 14 days from the date of this notice** unless:

The appellant (1) files a Certificate of Interested Persons and Corporate Disclosure Statement (CIP); **AND** (2) completes the Web-Based CIP. See 11th Cir. R. 26.1-1(a)(1), (b).

Note to Counsel: 11th Cir. R. 42-1(b) provides that "If an appellant is represented by appointed counsel, the clerk may refer the matter to the court for possible disciplinary action against counsel in lieu of dismissal." Eleventh Circuit IOP 1 to FRAP 26 provides that "Failure to timely file required documents . . . may result in possible disciplinary action against counsel as described in Addendum Eight."

Clerk's Office Phone Numbers
General Information:    404-335-6100      Attorney Admissions:       404-335-6122
Case Administration:   404-335-6135      Capital Cases:             404-335-6200
CM/ECF Help Desk:      404-335-6125      Cases Set for Oral Argument: 404-335-6141

Enclosure(s)

Appellant CIP Deficiency Notice