# UNITED STATES COURT OF APPEALS

# FOR THE ELEVENTH CIRCUIT

**GREENFLIGHT VENTURE**                    No. 26-10369
**CORPORATION, et al.,**

    Plaintiffs–Appellants,

v.

**GOOGLE LLC,**

    Defendant–Appellee.

## APPEARANCE OF COUNSEL

Please let this serve as notice of my appearance for all Plaintiffs in this matter.

        Respectfully submitted,
        Plaintiffs
        By their Attorney:

Date: 03/05/2026        /s/ Keith A. Mathews
        Law Offices of Keith Mathews
        1000 Elm Street, 8th Floor
        Manchester, NH 03101
        Ph. 603-622-8100
        keith@kmathewslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date a copy of this motion was served on all parties through the CMECF system.

 /s/ Keith A. Mathews
Keith A. Mathews, Esq.