**No. 26-10369**

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

---

GREENFLIGHT VENTURE CORPORATION AND JEFFREY D.

ISAACS,

*Plaintiffs-Appellants,*

v.

GOOGLE LLC,

*Defendant-Appellant.*

No. 9:24-cv-80395-RLR

---

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE
DISCLOSURE STATEMENT**

---

Kenneth C. Smurzynski
Mikaela E. Johnson
Williams & Connolly LLP
680 Maine Avenue, SW
Washington, DC 20024
(202) 434-5000

Edward M. Mullins
Sujey S. Herrera
Reed Smith LLP
200 South Biscayne Boulevard,
Suite 2600
Miami, Florida, 33131
(786) 747-0200

1

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1, Defendant-Appellee Google LLC provides this Certificate of Interested Persons and Corporate Disclosure Statement. Defendant-Appellee discloses that Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10 percent ownership of Alphabet Inc.'s stock.  To the best of Defendant-Appellee's knowledge, the following persons and entities may have an interest in the outcome of this case:

1. Dr. Jeffrey Isaacs

2. Greenflight Venture Corporation

3. Google LLC

4. XXVI Holdings Inc., holding company of Google LLC

5. Alphabet Inc. (GOOG/GOOGL), parent company of XXVI Holdings Inc.

Dated: March 6, 2026

Respectfully submitted,

| | |
|---|---|
| _/s/_  _Kenneth C. Smurzynski_<br>Kenneth C. Smurzynski<br>Mikaela E. Johnson*<br>Williams & Connolly LLP<br>680 Maine Avenue, SW<br>Washington, DC 20024<br>(202) 434-5000<br>ksmurzynski@wc.com<br>amaurer@wc.com<br><br>_Counsel for Defendant-Appellee_<br>_Google LLC_<br><br>*Admitted only in Texas; practice supervised by D.C. Bar members | Edward M. Mullins<br>Sujey S. Herrera<br>Reed Smith LLP<br>200 South Biscayne Boulevard,<br>Suite 2600<br>Miami, Florida, 33131<br>(786) 747-0200<br>(786) 747-0299 facsimile<br>emullins@reedsmith.com<br>abarton@reedsmith.com<br><br>_Counsel for Defendant-Appellee_<br>_Google LLC_ |