# UNITED STATES COURT OF APPEALS

# FOR THE ELEVENTH CIRCUIT

**GREENFLIGHT VENTURE**　　　　　No. 26-10369
**CORPORATION, et al.,**

    Plaintiffs–Appellants,

v.

**GOOGLE LLC,**

    Defendant–Appellee.

# APPELLANTS' FIRST MOTION FOR A 45-DAY EXTENSION OF TIME TO FILE THEIR OPENING BRIEF AND APPENDIX AND TO EXTEND RELATED BRIEFING DEADLINES

Pursuant to Federal Rules of Appellate Procedure 26(b) and 27, and Eleventh Circuit Rules 31-2(a) and 26-1, Appellants Greenflight Venture Corporation, et al. ("Appellants") respectfully move for a 45-day extension of time to file all documents in this case including their opening brief and appendix, and for corresponding adjustment of any related briefing deadlines that flow from the

opening brief's filing date due to undersigned counsel's unforeseeable delay in getting accepted to the court.

Respectfully submitted,
Plaintiffs
By their Attorney:

Date: 03/05/2026       /s/ Keith A. Mathews
              Law Offices of Keith Mathews
              1000 Elm Street, 8th Floor
              Manchester, NH 03101
              Ph. 603-622-8100
              keith@kmathewslaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on this date a copy of this motion was served on all parties through the CMECF system.

              /s/ Keith A. Mathews
              Keith A. Mathews, Esq.