Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE.    Attach additional pages if necessary.*

11th Circuit Docket Number: 26-10369

| Caption: | District and Division: Southern District of Florida |
|---|---|
| Greenflight Venture Corporation and Jeffrey D. Isaacs | Name of Judge: Judge K. Michael Moore |
| | Nature of Suit: civil |
| v. | Date Complaint Filed: 04/01/2024 |
| | District Court Docket Number: 9:24-cv-80395 |
| Google LLC | Date Notice of Appeal Filed: 01/19/2026 |
| | ☐ Cross Appeal    ☐ Class Action |
| | Has this matter previously been before this court? |
| | ☐ Yes    ☑ No |
| | If Yes, provide |
| | (a)    Caption: _____ |
| | (b)    Citation: _____ |
| | (c)    Docket Number: _____ |

|  | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Keith Mathews, Esq. | 1000 Elm Street, Suite 800<br>Manchester, NH 03101 | 603-622-8100<br>Keith@kmathewslaw.com |
| For Appellee:<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | Kenneth Smurzynski | 680 Maine Avenue, SW<br>Washington, DC 20024 | 202 434-5000<br>ksmurzynski@wc.com |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question | ☑ Final Judgment, 28 USC 1291 | ☑ Dismissal/Jurisdiction | Amount Sought by Plaintiff: $ 100,000,000 |
| ☐ Diversity | ☐ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | Amount Sought by Defendant: $_____ |
| ☐ US Plaintiff | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☐ Summary Judgment | Awarded: $ 0 |
| ☐ US Defendant | ☐ Interlocutory Order, Qualified Immunity | ☐ Judgment/Bench Trial | to _____ |
| | ☐ Final Agency Action (Review) | ☐ Judgment/Jury Verdict | Injunctions: |
| | ☐ 54(b) | ☐ Judgment/Directed Verdict/NOV | ☐ TRO    ☐ Granted |
| | | ☐ Injunction | ☐ Preliminary    ☐ Denied |
| | | ☐ Other _____ | ☐ Permanent |

Page 2                                          11th Circuit Docket Number: _____

Based on your present knowledge:

(1)    Does this appeal involve a question of First Impression?    ☐ Yes    ☑ No
       What is the issue you claim is one of First Impression? _____

(2)    Will the determination of this appeal turn on the interpretation or application of a particular case or statute?    ☑ Yes    ☐ No

       If Yes, provide
       (a)  Case Name/Statute _Sherman Anti Trust Act_____
       (b)  Citation _15 U.S.C. §§ 1–7._____
       (c)  Docket Number if unreported _____

(3)    Is there any case now pending or about to be brought before this court or any other court or administrative agency that
       (a)  Arises from substantially the same case or controversy as this appeal?    ☐ Yes    ☑ No
       (b)  Involves an issue that is substantially the same, similar, or related to an issue in this appeal?    ☐ Yes    ☑ No

       If Yes, provide
       (a)  Case Name _____
       (b)  Citation _____
       (c)  Docket Number if unreported _____
       (d)  Court or Agency _____

(4)    Will this appeal involve a conflict of law
       (a)  Within the Eleventh Circuit?    ☐ Yes    ☑ No
       (b)  Among circuits?    ☐ Yes    ☑ No

       If Yes, explain briefly:

(5)    Issues proposed to be raised on appeal, including jurisdictional challenges:

       Whether Google's retaliatory suppression of Plaintiff's website violated federal witness retaliation laws.
       Whether the Plaintiff has made a valid claim under the Sherman Act.
       Whether the trial court incorrectly applied a floodgates argument to Plaintiff's case.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND

SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS _18_____ DAY OF _March_____, _2026_____.

Keith Mathews, Esq.                                    /s/ Keith Mathews
_____    _____
NAME OF COUNSEL (Print)                              SIGNATURE OF COUNSEL