# In the
# United States Court of Appeals
## For the Eleventh Circuit

————————————————

No. 26-10369

————————————————

DR. JEFF ISAACS,
  on behalf of themselves and
  all others similarly situated,
GREENFLIGHT VENTURE CORPORATION,

*Plaintiffs-Appellants,*

*versus*

GOOGLE LLC,

*Defendant-Appellee.*

————————————————

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:24-cv-80395-KMM

————————————————

2                        Order of the Court                  26-10369

ORDER:

The motion for an extension of time to and including April 30, 2026, to file Appellants' initial brief is GRANTED, with the appendix due 7 days after the filing of the brief.

/s/ Barbara Lagoa
UNITED STATES CIRCUIT JUDGE