# In the
# United States Court of Appeals
## For the Eleventh Circuit

————————————

No. 26-10369

————————————

DR. JEFF ISAACS,
  on behalf of themselves and
  all others similarly situated,
GREENFLIGHT VENTURE CORPORATION,

*Plaintiffs-Appellants,*

*versus*

GOOGLE LLC,

*Defendant-Appellee.*

————————————

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:24-cv-80395-KMM

————————————

Before NEWSOM, BRASHER, and KIDD, Circuit Judges.

BY THE COURT:

Greenflight Ventures Corporation ("Greenflight") and Jeffrey Isaacs appeal the district court's orders granting Google LLC's ("Google") motion to dismiss and denying their motions for

reconsideration.  Google, in turn, moves for summary affirmance. Notably, appellants have not yet filed their initial brief on appeal.

Summary disposition is appropriate, in part, where "the position of one of the parties is clearly right as a matter of law so that there can be no substantial question as to the outcome of the case, or where, as is more frequently the case, the appeal is frivolous." *Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969).

Here, it is premature for us to decide Google's motion for summary affirmance on its merits.  Although Google does address the topics that Greenflight in its "civil appeal statement" proposed to raise on appeal, it is not clear what arguments the appellants will ultimately raise in their initial brief on appeal, which is due on April 30, 2026.  Additionally, Google does not argue that time is of the essence for us to summarily adjudicate this appeal before the appellants have yet filed their initial brief.  As such, we will allow the appellants to file their initial brief, after which Google may choose to re-file their motion with appropriate consideration of the actual arguments raised by the appellants, or it may elect to file a merits brief in response.

Accordingly, because the appellants have not had an opportunity to present their arguments on appeal, and there is no indication that time is of the essence in deciding this appeal, Google's motion for summary affirmance is **DENIED WITHOUT PREJUDICE**.