In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 26-10369
_____

DR. JEFF ISAACS,
 on behalf of themselves and
 all others similarly situated,
GREENFLIGHT VENTURE CORPORATION,

*Plaintiffs-Appellants,*

*versus*

GOOGLE LLC,

*Defendant-Appellee.*

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:24-cv-80395-KMM
_____

ORDER:

The motion for an extension of time to and including August 21, 2026, to file Appellant Jeffrey Isaacs's reply brief is GRANTED.

/s/ Britt C. Grant
UNITED STATES CIRCUIT JUDGE