**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

No. 26-10369

**GREENFLIGHT VENTURE CORPORATION and JEFFREY D. ISAACS,**
*Plaintiffs-Appellants,*

v.

**GOOGLE LLC,**
*Defendant-Appellee.*

**PLAINTIFF'S MOTION TO FILE HIS REPLY BRIEF OUT OF TIME**
(Fed. R. App. P. 26(b))

Plaintiff-Appellant Jeffrey D. Isaacs, appearing pro se, respectfully moves under Federal Rule of Appellate Procedure 26(b) for leave to file his reply brief out of time. The brief, attached as Exhibit A, is the same document the Clerk received on August 22, 2026, two hours and fifty minutes after the deadline.

1. The reply brief was due August 21, 2026, and was seemingly on track to be filed before midnight. At approximately 11:15 p.m., during a final review, Plaintiff discovered errors in the brief's Microsoft Word citation tables and fields. Repairing them required regenerating the tables and re-tagging citations throughout the thirty page document.

2. Plaintiff filed the brief at approximately 2:50 a.m. on August 22, 2026.The delay was less than three hours, during a weekend, and caused no prejudice: Google's answering brief was already on file, the reply is the last brief permitted, and nothing occurred in the case during the interval. The delay arose from a good-faith

effort to comply with this Court's citation rules, and Plaintiff now moves promptly upon the Clerk's notice of August 26, 2026. The neglect is excusable and good cause exists.

4. Apart from the earlier telephonic extension of this deadline, no substantially similar application is pending.

For these reasons, Plaintiff respectfully requests that the Court accept the reply brief attached as Exhibit A as filed.

Dated: August 26, 2026

Respectfully submitted,

/s/ Jeffrey D. Isaacs

**JEFFREY D. ISAACS, M.D.**
11482 Key Deer Circle
Wellington, FL 33449
(212) 257-0737
jeffreydi@gmail.com
Plaintiff-Appellant, pro se

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 233 words, excluding the parts exempted by Fed. R. App. P. 32(f). It complies with the typeface and type-style requirements of Fed. R. App. P. 27(d)(1)(E) and 32(a)(5)-(6) because it is set in 14-point Times New Roman, a proportionally spaced serif typeface.

/s/ Jeffrey D. Isaacs
Jeffrey D. Isaacs

## CERTIFICATE OF SERVICE

I certify that on August 26, 2026, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the Eleventh Circuit using the CM/ECF system, which will serve all counsel of record registered for electronic filing.

/s/ Jeffrey D. Isaacs
Jeffrey D. Isaacs

**EXHIBIT**

Exhibit A: Reply Brief of Plaintiff-Appellant Jeffrey D. Isaacs (as received by ECF on August 22, 2026).