**No. 26-10369**

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

---

GREENFLIGHT VENTURE CORPORATION AND JEFFREY D.

ISAACS,

*Plaintiffs-Appellants*,

v.

GOOGLE LLC,

*Defendant-Appellee*.

No. 9:24-cv-80395-RLR

---

# MOTION FOR LEAVE TO AMEND BRIEF

---

Kenneth C. Smurzynski
Mikaela E. Johnson
Williams & Connolly LLP
680 Maine Avenue, SW
Washington, DC 20024
(202) 434-5000

Edward M. Mullins
Sujey S. Herrera
Reed Smith LLP
200 South Biscayne Boulevard,
Suite 2600
Miami, Florida, 33131
(786) 747-0200

Appellee Google LLC moves for leave to amend Footnote 7 in its Response Brief by deleting it. Originally, Footnote 7 read:

> The filing of an incomprehensible response is consistent with Isaacs's penchant for filing frivolous lawsuits, which has resulted in a sanctions order against him in other litigation. *See Coronavirus Rep. Corp. v. Apple Inc.*, No. 24-08660 (N. D. Cal. Jul. 30, 2025).

Appellant Isaacs has recently represented to Google that, in a sealed order, the Northern District of California superseded its July 30, 2025, order finding that sanctions against Greenflight Venture Corporation were warranted. Based on that representation, Google has agreed to delete the footnote.

Google's brief is attached as Exhibit A and shows the requested amendment in redline. With the proposed amendment, Google's Response Brief remains within the word limits of Fed. R. App. P. 37(a)(7)(B).

Dated: September 15, 2026

Respectfully submitted,

| | |
|---|---|
| /s/ *Kenneth C. Smurzynski*<br>Kenneth C. Smurzynski<br>Mikaela E. Johnson*<br>Williams & Connolly LLP<br>680 Maine Avenue, SW<br>Washington, DC 20024<br>(202) 434-5000<br>ksmurzynski@wc.com<br>amaurer@wc.com<br><br>*Counsel for Defendant-Appellee Google LLC*<br><br>*Admitted only in Texas; practice supervised by D.C. Bar members | Edward M. Mullins<br>Sujey S. Herrera<br>Reed Smith LLP<br>200 South Biscayne Boulevard, Suite 2600<br>Miami, Florida, 33131<br>(786) 747-0200<br>(786) 747-0299 facsimile<br>emullins@reedsmith.com<br>abarton@reedsmith.com<br><br>*Counsel for Defendant-Appellee Google LLC* |

## Certificate of Compliance

This document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 27(a)(2)(B), this document contains 138 words.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook.

Respectfully submitted,

/s/__Kenneth C. Smurzynski____

Attorney for Defendant-Appellee Google LLC

## Certificate of Service

I hereby certify that on September 15, 2026, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the Court's Appellate PACER system, which will automatically send a notice of electronic filing to all counsel of record.

Respectfully submitted,

/s/____Kenneth C. Smurzynski__

Attorney for Defendant-Appellee Google LLC